IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LANORRIS MOORE, | \* |
| Plaintiff, | \* |
| v. | Case No. 7:22-CV-1(WLS) |
| | \* |
| STATE OF GEORGIA, | |
| | \* |
| Defendant. | |
| | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of March, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk